RECEIVED

MAR 3 0 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ALINE WATERMAN | CIVIL ACTION NO. 6:15-cv-2699 |
| VERSUS | MAGISTRATE JUDGE HANNA |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | BY CONSENT OF THE PARTIES |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g),[1] with instructions for the Commissioner to determine whether the claimant's impairments meet or equal a listing and to again evaluate the claimant's residual functional capacity.

Signed at Lafayette, Louisiana, this 30th day of March, 2017.

REBECCA F. DOHERTY
UNITED STATES MAGISTRATE JUDGE

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).